**ROTHE DEVELOPMENT CORPORATION, Plaintiff–Appellant,**

v.

**DEPARTMENT OF DEFENSE and Department of the Air Force, Defendants–Appellees.**

**No. 2009–1565.**

United States Court of Appeals, Federal Circuit.

May 4, 2010.

Rehearing En Banc Denied July 20, 2010.

David F. Barton, The Gardner Law Firm, of San Antonio, Texas, argued for plaintiff-appellant.

Conor B. Dugan, Attorney, Appellate Section, Civil Rights Division, United States Department of Justice, of Washington, DC, argued for defendants-appellees. With him on the brief were Thomas E. Perez, Assistant Attorney General, Mark L. Gross and Lisa Wilson Edwards, Attorneys.

Before MICHEL, Chief Judge, LOURIE and BRYSON, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.